

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

September 3, 2021

*800 Lafayette St., Ste. 2100*
*Lafayette, LA 70501*
*337-593-5000*

Peggy Jo Smith
c/o Susan E Hamm
Law Office of Susan E Hamm
7600 Fern Ave Bldg 900
Shreveport, LA 71105

Medtronic Inc
c/o Thomas M Hayes III
Hayes Harkey
P O Box 8032
Monroe, LA 71211-8032

Re:   Smith v. Medtronic Inc
      Case No. 5:13-cv-0451

Dear All:

I have been contacted by Judge Elizabeth E. Foote who presided over the above-mentioned case.

Judge Foote informed me that it has been brought to her attention that while she presided over the case, she owned stock in Medtronic Inc. Her ownership of stock neither affected nor impacted her decisions in this case. However, her stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Foote directed that I notify the parties of the conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A]judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any,

>arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

With Advisory Opinion 71 in mind, you are invited to respond to Judge Foote's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before September 17, 2021. Any response will be considered by another judge of this court without the participation of Judge Foote.

Sincerely,

*Tony R. Moore*

TONY R. MOORE<br>
Clerk of Court